## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| Ebony Robinson, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 5:25-cv-00147-CLS |
| Credit Control, LLC, a Missouri Limited liability company, | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give her leave to file for dismissal by April 28, 2025.

Dated: March 13, 2025

One of Plaintiff's Attorneys

s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ronald C. Sykstus                                         rsykstus@bondnbotes.com
Thomas F. Sykstus                                        tsykstus@bondnbotes.com
Bond, Botes, Sykstus
   & Tanner, P.C.
225 Pratt Avenue
Huntsville, Indiana 35801


Notice of this filing will be sent to the following party via email, on March 13, 2025.

Credit Control, LLC
c/o Patrick M. Watts                                      pwatts@mgl.law
Martin Golden Lyons Watts Morgan
8750 North Central Expressway
Suite 1850
Dallas, Texas 75231


s/ David J. Philipps_____

David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com